# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00653-CV

**Susan Hostetter, Appellant**

**v.**

**The Estate of Kerstin Detenbeck, Deceased, Appellee**

### FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### NO. 21515, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Susan Hostetter has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed:  November 18, 2022